# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: William Foster Gleason  
                Debtor(s)

BK NO. 24-02832 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

      Respectfully submitted,

/s/ *Brent J. Lemon*  
Brent Lemon  
06 Nov 2024, 13:39:54, EST

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322