United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-02832-HWV

William Foster Gleason  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Dec 19, 2024      Form ID: ntcnfhrg      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Foster Gleason, 1445 S 12th St, Harrisburg, PA 17104-3104 |
| 5665679 | + | Belco Community CU, 403 N 2nd St, Harrisburg, PA 17101-1377 |
| 5665682 | ++ | CAPITAL REGION WATER, ATTN AR MANAGER, 3003 N FRONT STREET, HARRISBURG PA 17110-1224 address filed with court:, Capital Region Water, 3003 N Front St, Harrisburg, PA 17110-1224 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5674663 | | Email/Text: bnc@atlasacq.com | Dec 19 2024 18:38:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 5665680 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2024 18:48:52 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5668171 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2024 18:49:17 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5665683 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 19 2024 18:48:52 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5665684 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 19 2024 18:38:00 | Feb Destiny, Po Box 4499, Beaverton, OR 97076-4499 |
| 5665685 | + | Email/Text: accountresearch@goodleap.com | Dec 19 2024 18:38:00 | GoodLeap LLC, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 5665686 | + | Email/Text: bk@gafco.net | Dec 19 2024 18:38:00 | Great American Finance, 205 W Wacker, Chicago, IL 60606-1216 |
| 5666999 | ^ | MEBN | Dec 19 2024 18:32:12 | Great American Finance Holdings, LLC, 200 South Michigan Avenue, Suite 450, Chicago, Illinois 60604-2400 |
| 5665687 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 19 2024 18:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5665688 | | Email/Text: bk@lendmarkfinancial.com | Dec 19 2024 18:38:00 | Lendmark Financial Services, 2118 Usher St, Covington, GA 30014 |
| 5665689 | ^ | MEBN | Dec 19 2024 18:32:18 | LoanDepot.Com LLC, 6561 Irvine Center Dr, Irvine, CA 92618-2118 |
| 5665691 | | Email/Text: EBN@Mohela.com | Dec 19 2024 18:38:00 | MOHELA/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5665690 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 19 2024 18:38:00 | Midland Credit Management, 320 E Big Beaver, 300, Troy, MI 48083-1271 |
| 5665692 | + | Email/PDF: cbp@omf.com | Dec 19 2024 18:49:39 | OneMain, Po Box 1010, Evansville, IN |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 47706-1010 |
| 5674220 | + | Email/PDF: cbp@omf.com | Dec 19 2024 18:49:20 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5675420 | | Email/Text: bnc-quantum@quantum3group.com | Dec 19 2024 18:38:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5665693 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 19 2024 18:48:54 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 5665694 | ^ | MEBN | Dec 19 2024 18:32:13 | US Dept of ED, 100 Global View Dr - Ste 800, Warrendale, PA 15086-7612 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5665681 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor LOANDEPOT.COM LLC blemon@kmllawgroup.com |
| Charles Laputka | on behalf of Debtor 1 William Foster Gleason claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

William Foster Gleason,         Chapter     13

**Debtor 1**

Case No.     1:24−bk−02832−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 15, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: January 22, 2025<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 19, 2024 |

ntcnfhrg (08/21)

Case 1:24-bk-02832-HWV    Doc 16    Filed 12/21/24    Entered 12/22/24 00:24:45    Desc
Imaged Certificate of Notice    Page 3 of 3