UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WILLIAM FOSTER GLEASON, <br> Debtor | : CHAPTER 13 <br> : <br> : |
| JACK N. ZAHAROPOULOS, <br> STANDING CHAPTER 13 TRUSTEE, <br> Movant | : <br> : CASE NO. 1:24-bk-02832-HWV <br> : |
| vs. | : <br> : |
| WILLIAM FOSTER GLEASON, <br> Respondent | : <br> : |

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 31st day of March 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Douglas R. Roeder, Esquire, and objects to the confirmation of the above-referenced Debtor's Plan for the following reasons:

1. Debtor's Plan violates 11 U.S.C. §1322(a)(1) and §1325(b) in that Debtor has not submitted all or such portion of the disposable income to Trustee as required. More specifically,

Trustee alleges, and therefore avers, that Debtor's disposable income is greater than that of which is committed to the Plan based upon the Means Test calculation and specifically disputes the following amounts:

   a. Even Plans that pay a 100% dividend to unsecured creditors are required to pay the monthly Means Test minimum amount, unless the Plan pays a 100% dividend to unsecured creditors and interest is paid to unsecured creditors at the federal judgment interest rate. See *In re Parke,* 369 B.R. 204 (Bankr. M.D. Pa. 2007) and *In re Barnes,* 528 B.R. 501 (Bankr. S.D. Ga. 2015).

WHEREFORE, Trustee alleges and avers that Debtor's Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

a. deny confirmation of the Debtor's Plan;
b. dismiss or convert Debtor's case; and
c. provide such other relief as is equitable and just.

    Respectfully submitted:

    Jack N. Zaharopoulos,
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

BY: /s/ Douglas R. Roeder, Esquire
    Attorney for Trustee

CERTIFICATE OF SERVICE

       AND NOW, this 31st day of March 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Charles Laputka, Esquire
Laputka Law Office, LLC
1344 West Hamilton Street
Allentown, PA 18102-4329

                                              /s/ Derek M. Strouphauer, Paralegal
                                              Office of Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee