# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| William Foster Gleason | : | |
| | : | |
| Debtor | : | Case # 1:24-bk-02832 |

## NOTICE

The confirmation hearing on the 3rd Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: July 9, 2025     Time: 9:30 AM

Location: U.S. Courthouse, 1501 N. 6th St. Harrisburg, PA

The deadline for filing objections to confirmation of the Plan is: 7/2/2025

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: June 5, 2025                         Filed by: /s/Charles Laputka, Esquire
                                           Counsel for Debtor